UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

ALEXIS SOTO,

                       Plaintiffs,

       -against-

THE CITY OF NEW YORK, DET. CLAUDE SUMLIN,
Shield No. 5629, Individually and in his Official Capacity,
U.C., Shield No. C0039, Individually and in his Official
Capacity, and P.O.s "JOHN DOE" #1-10, Individually and
in their Official Capacities, (the name John Doe being
fictitious, as the true names are presently unknown),

                       Defendants.

---------------------------------X

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

09 CV 566 (BSJ)(FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/10

**WHEREAS,** plaintiff commenced this action by filing a complaint, on or about January 21, 2009, alleging violations of his state and federal rights; and

**WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1.     The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff, Alexis Soto, the sum of **Sixty Thousand Dollars ($60,000.00)** in full satisfaction of all claims, inclusive of claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all claims against the defendants, City of New York, Detective Claude Sumlin and Undercover Officer #C0039, and to release the defendants and any present or former officials, employees, representatives and agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action that were or could have been alleged in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit of Status of Liens.

4. Nothing contained herein shall be deemed to be an admission by the City of New York that it has in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

6. This Stipulation and Order contains all the terms and conditions agreed

upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
May 4, 2010

| | |
|---|---|
| Jon Norinsberg, Esq.<br>Attorney for Plaintiff<br>225 Broadway, Suite 2700<br>New York, NY 10007<br>(212) 791-5396 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>City of New York<br>Attorney for Defendants<br>100 Church Street<br>New York, NY 10007<br>(212) 788-6405 |
| By: _____<br>Jon Norinsberg, Esq. (　) | By: _____<br>Meghan A. Cavalieri (MC 6758)<br>Assistant Corporation Counsel |

SO ORDERED:

_____
U.S.D.J.
5/11/10